**McCully & Beggs, P.C.**
Suite 200 139 Murray Blvd.
Hagatna, Guam 96910
Tel: (671) 477-7418
Fax: (671) 472-1201
e-mail: mblaw@guam.net

IN THE DISTRICT COURT OF GUAM

BANKRUPCTY DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 10-00005 |
| ) | |
| LARRY D. CEPEDA, ) | **NOTICE OF MOTION FOR RELIEF FROM STAY** |
| Debtor. ) | |

Please take notice that on MAY 17, 2010 at 9:30 a.m., Personal Finance Center will move the court for relief from the stay that has been imposed in this case

Dated this 26th day of April 2010.

McCULLY & BEGGS, P.C.,
Attorneys for Personal Finance Center

By: _____
MARK S. BEGGS

f# PFC-468/9819 & PFC-577/10775

1